UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ONEIDA V. LEECH, et al.** ) | |
| ) | |
| v. ) | Civil Action No. 3:11-0454 |
| ) | Judge Nixon/Knowles |
| **SYNTHES USA SALES, LLC, et al.** ) | |

### O R D E R

Pursuant to the Stipulation of Dismissal Without Prejudice filed by the parties on July 28, 2011 (Docket Entry No. 8), the Initial Case Management Conference scheduled for August 5, 2011, at 10:00 a.m., is CANCELLED.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge